**CERTIFICATION FEE PAID**

Civil Court of the City of New York
County of Kings
141 Livingston Street, Brooklyn, NY 11201

Index Number: NC-000128-14/K1

In the Matter of the Application of
**Anton G. Papakhin aka Anton Papakhin**
For Leave to Change His/Her Name To
**Anton G. Cohen**

**ORDER
GRANTING LEAVE
TO CHANGE NAME**

Upon the annexed Petition(s) of Anton G. Papakhin aka Anton Papakhin verified on January 30, 2014, requesting that Anton G. Papakhin be permitted to assume the name(s) of (First) **Anton** (Middle) **G.** (Last) **Cohen**, due notice of this application having been given to Eleonora Bravin who is (are) the Spouse of Anton G. Papakhin aka Anton Papakhin, and the Court being satisfied that the Petition is true, and it appearing from the Petition and the Court being satisfied that there is no reasonable objection to the change of name(s) proposed, it is hereby **ORDERED** that,

1) The individual currently known as (First) **Anton** (Middle) **G.** (Last) **Papakhin** aka Anton Papakhin who was born on November 09, 1977, at Zaporozhye, Ukraine, with The United States of America Certificate of Naturalization INS Registration No. A071269810
The United States of America Passport No. 474143255 Expires on Jan 24, 2021 as proof of birth, since no birth certificate is available, is hereby authorized to assume the name of (First) **Anton** (Middle) **G.** (Last) **Cohen** in place and stead of his/her present name upon complying with the provisions of Article 6 of the Civil Rights Law and of this Order.

2) This Order, consisting of a total of 2 page(s), shall be entered, and the Petition upon which it was granted shall be filed, prior to the publication hereinafter directed, in the office of the Clerk of the Civil Court of the City of New York, County of Kings.

3) Within sixty days of the making of this Order, a copy of this Order and supporting papers shall be served upon the following:

- U.S. Citizenship and Immigration Services (USCIS)
- U.S. Dept. of State - Passport Services
**Social Security Administration**
**NYS Dept. of Motor Vehicles**

4) Proof of service on the above indicated party(ies) shall be filed with the Clerk of this Court within ninety days of the making of this Order.

5) At least once within sixty days of the making of this Order, a notice shall be published in Brooklyn Eagle in Brooklyn newspaper(s) in substantially the following form:

**Notice is hereby given that an Order entered by the Civil Court, Kings County on 02/05/2014,**

Civil Court of the City of New York  
County of Kings  
Anton G. Papakhin TO Anton G. Cohen

Page 2 of 2  
Index Number: NC-000128-14/KI

## ORDER GRANTING LEAVE TO CHANGE NAME

bearing Index Number NC-000128-14/KI, a copy of which may be examined at the Office of the Clerk, located at 141 Livingston Street, Brooklyn, NY 11201, grants me (us) the right to:

**Assume the name of (First) Anton (Middle) G. (Last) Cohen**  
**My present name is (First) Anton (Middle) G. (Last) Papakhin aka Anton Papakhin**  
**My present address is 448 Neptune Avenue, Brooklyn, NY 11224-**  
**My place of birth is Zaporozhye, Ukraine**  
**My date of birth is November 09, 1977**

6) Within ninety days of the making of this Order, proof of such publication, by Affidavit, shall be filed with the Clerk of the Civil Court in the County of Kings.

7) Following the filing of the Petition and the entry of this Order as directed in Paragraph 2 above; the service of such Order and such papers as directed in paragraph 3 above; the filing of proof of such service as directed in Paragraph 4 above; the publication of such notice as directed in Paragraph 5 above; and the filing of proof of such publication as directed in Paragraph 6 above, it is further **ORDERED** that (First) **Anton** (Middle) **G.** (Last) **Papakhin** aka Anton Papakhin shall be known by the name (First) **Anton** (Middle) **G.** (Last) **Cohen**, which s/he is hereby authorized to assume.

02/05/2014  
Date

Civil Court of the City of New York  
141 Livingston Street  
Brooklyn, NY 11201

Register #: K4  Transaction No.:  2533

Index Number: 128 NCV 2014  
PAPAKHIN vs. COHEN

FEE: $6.00 Paid    February 11, 2014  
Cash  
Certification Of A Document

I, Carol Alt, Chief Clerk, do hereby certify that I have compared the attached copy with the original document on file in my office and that it is a correct and complete transcript of the original.

*Carol Alt*

CAROL ALT, CHIEF CLERK

No. of Pages  2  by  PH

PER  02-11-14 PAH 12:46  
KEEP THIS RECEIPT WITH YOUR COURT PAPERS

**ENTERED & FILED**  
FEB 0 5 2014  
CIVIL COURT  
KINGS COUNTY